# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 19-20813
Summary Calendar

————

United States Court of Appeals
Fifth Circuit

**FILED**
March 31, 2020

Lyle W. Cayce
Clerk

KATHY COON,

Plaintiff–Appellant,

versus

CORELOGIC, INCORPORATED; FNC, INCORPORATED,

Defendants–Appellees.

————

Appeal from the United States District Court
for the Southern District of Texas
No. 4:18-CV-2260

————

Before DAVIS, SMITH, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

Kathy Coon appeals the summary judgment on her various statutory

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-20813

and common-law claims regarding her termination as a long-time employee of FNC, Incorporated, which she sued along with its owner, CoreLogic, Incorporated. On October 28, 2019, the district court issued a lengthy and impressively thorough Order explaining why Coon had not established a *prima facie* case and why, even if she had, she is entitled to no relief.

We have reviewed the briefs, the pertinent law, and the briefs. The dismissal resulting from the summary judgment is AFFIRMED, essentially for the reasons convincingly explained by the district court.